UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK DONTAY GRAYSON,<br><br>        Plaintiff,<br><br>    v.<br><br>LAURA PEREZ,<br><br>        Defendant. | Case No.: 1:24-cv-00311-SKO<br><br>**ORDER GRANTING APPLICATION TO PROCEED** *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

Plaintiff Erick Dontay Grayson is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.    RELEVANT BACKGROUND**

Plaintiff filed a complaint and submitted an Application to Proceed In Forma Pauperis ("IFP") by a Prisoner on March 14, 2024. (Docs. 1, 2.)

On March 18, 2024, following review of Plaintiff's IFP application, the Court issued its Order To Show Cause ("OSC") In Writing Why Application To Proceed In Forma Pauperis Should Not Be Denied. (Doc. 6.) Plaintiff was ordered to explain eighteen JPAY entries and to provide additional information concerning six SALES entries on his Inmate Statement Report within 30 days of the date of service of the order, or to pay the $405 filing fee. (*Id*. at 3.)

On April 12, 2024, Plaintiff filed a written response to the OSC. (Doc. 7.) Plaintiff states that the JPAY deposits into his trust account were "over a period of time not all at once" because

his family sends him funds "to make sure [he is] able to receive canteen" items to care for himself. (*Id*.) Plaintiff states that he misunderstood "that certain section" of the IFP application involving "winning's, earnings etc." (*Id*.) He requests that the Court grant his IFP application and permit him to make monthly payments. (*Id*.)

## II.  DISCUSSION

Following a review of Plaintiff's written response to the OSC, Plaintiff's application to proceed IFP will be granted. The Clerk of the Court will be directed to issue an Order directing payment of the filing fee. Plaintiff is advised that his complaint will be screened in due course, as required by 28 U.S.C. § 1915A.

## III.  CONCLUSION AND ORDER

For the foregoing reasons, **IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed IFP (Doc. 2) is **GRANTED**; and
2. The Clerk of the Court is **DIRECTED** to issue an appropriate order to the California Department of Corrections and Rehabilitation regarding payment of the $350 filing fee for this action.

IT IS SO ORDERED.

Dated:  **April 15, 2024**                    /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE